

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00043-CV

Carlos M. **REYES** and Molly Reyes,
Appellants

v.

Bill W. **BELL** Sr. and Bill Bell Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-09-49378-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

A copy of appellants' notice of appeal was filed in this court on January 30, 2015. On that date the clerk of the court notified the appellants in writing that our records do not reflect that the filing fee in the amount of $195.00 was paid and that the fee was required to be paid by February 9, 2015 or the appeal could be stricken by the court. To date, the fee has not been paid. Our record contains no evidence that appellants are excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.1. In addition, the clerk's record was due to be filed on May 11, 2015, and has not been filed. The trial court clerk has indicated to the court that the fee for preparing the clerk's record has not been paid by appellants and appellants are not entitled to a free clerk's record.

Accordingly, it is ORDERED that appellants show cause in writing **within ten (10) days** of the date of this order that either: (1) the $195.00 filing fee has been paid to this court and the fee for preparation of the clerk's record has been paid to, or payment arrangements have been made with, the trial court clerk; or (2) appellants are entitled to appeal without paying the filing fee and the fee for the clerk's record. *See* TEX. R. APP. P. 20.1, 35.3(a)(2). If appellants fail to respond within the time provided, this appeal will be dismissed for failure to pay the fees. *See* TEX. R. APP. P. 5, 42.3(b), (c). All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2015.



Keith E. Hottle
Clerk of Court